# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PENNSYLVANIA STATE UNIVERSITY, | : Civil No. 4:19-CV-01299 |
| Plaintiff, | : |
| v. | : |
| PAUL L. PARSHALL, d/b/a SPORTS BEER BREWING COMPANY, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of May, 2020, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Defendant's motions to dismiss, Docs. 15 & 42, and Defendant's motion to change venue, Doc. 41, are **DENIED**.

                                                    s/Jennifer P. Wilson
                                                    JENNIFER P. WILSON
                                                    United States District Court Judge
                                                    Middle District of Pennsylvania